

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| | |
|---|---|
| THOMAS E. PAPALE, JR., et al. | CIVIL ACTION NO. 1:09-cv-01405 |
| -vs- | JUDGE DRELL |
| RELIANCE STANDARD LIFE INSURANCE CO. | MAGISTRATE JUDGE KIRK |

## JUDGMENT

For the reasons detailed in a separate ruling issued on this date, the magistrate judge's Report and Recommendation **(Doc. 13)** is hereby **ADOPTED IN PART**, as specified in the Court's ruling. Accordingly, the Plaintiffs' Motion to Remand **(Doc. 6)** is hereby **GRANTED**, and this case is **REMANDED to the Twelfth Judicial District Court for the Parish of Avoyelles. The clerk is now requested to close this case**.

SIGNED on this 26 day of May, 2010 at Alexandria, Louisiana.

DEE D. DRELL
UNITED STATES DISTRICT JUDGE